828 F.2d 671
 Frieda Joyce JOHNSON, personal representative of the Estate
of Horton Winfield Johnson, for herself and for the Benefit
of Kevin Lee Nix, Cynthia Ann Johnson and Tamara Joyce Nix,
Plaintiffs-Appellants,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 83-5764.
 United States Court of Appeals,
Eleventh Circuit.
 Sept. 28, 1987.
 
 Joel D. Eaton, Podhurst, Orseck, Parks, Josefsberg, Eaton, Meadow & Olin, P.A., Miami, Fla., for plaintiffs-appellants.
 Jonathan Goodman, Asst. U.S. Atty., Leon B. Kellnor, Jeffrey D. Fisher, Sp. Asst. U.S. Atty., Linda Collins-Hertz, Asst. U.S. Atty., Miami, Fla., Robert S. Greenspan, Nicholas Stephen Zeppos, U.S. Dept. of Justice, Washington, D.C., for defendant-appellee.
 Appeal from the United States District Court for the Southern District of Florida; Jose A. Gonzalez, Judge.
 Before RONEY, Chief Judge, GODBOLD, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON and CLARK, Circuit Judges.
 
 
 1
 ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES
 
 ORDER:
 
 2
 Pursuant to the opinion issued by Supreme Court of the United States, --- U.S. ----, 107 S.Ct. 2063, 95 L.Ed.2d 648, the judgment rendered by the district court is AFFIRMED.